JOSEPH LOPORTO et al., Appellants, v. THE DRUISS COMPANY, INC., Respondent, Impleaded with Another.

(Argued October 8, 1935; decided October 22, 1935.)

*Philip Bongiorno* for appellant.

*Edward J. Mastaglio,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.